IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIGNESHKUMAR PATEL, | ) | |
| #A97-454-881, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv776-MHT |
| | ) | (WO) |
| DIRECTOR IMMIGRATION & | ) | |
| CUSTOMS ENFORCEMENT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 31, 2006 (doc. no. 2), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404(a).

DONE, this the 25th day of September, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE